UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00384-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| APPROXIMATELY $29,000 IN UNITED STATES CURRENCY , | ) |
| | ) |

**THIS MATTER** is before the Court on the Government's Motion for Entry of Default Judgment, (Doc. No. 7). Having considered the Motion and the pleadings the motion is GRANTED and this Court orders as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture, (Doc. No. 7), is GRANTED, and Judgement of Forfeiture is ENTERED in favor of the United States against all persons and entities with respect to the following Defendant Property:

Approximately $29,000 in United States currency seized from Evan Menard on February 17, 2023, at the Charlotte-Douglas International Airport.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is herby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: February 13, 2024

Frank D. Whitney
United States District Judge